Leverich and another v. Walden.

Tr 469
47 1243

JAMES H. LEVERICH and another v. DANIEL TREADWELL WALDEN.

Where the petition claims interest only at five per cent, but refers to the note annexed to it which bears interest at ten per cent, and prays for general relief, the error may be corrected by reference to the note, and judgment be given for interest at the latter rate.

-APPEAL from the Commercial Court of New Orleans, *Watts*, J.

*R. M. Carter*, for the plaintiffs.

*F. B. Conrad*, for the appellant.

MARTIN, J. The defendant and appellant assigns as an error apparent on the face of the record, that although interest at five per cent only is claimed in the petition, the judgment allows it at the rate of ten per cent per annum; citing Code of Prac. arts. 156, 157. It is true that interest is claimed in the petition at the rate of five per cent per annum; but there is a prayer for general relief, and a reference in the petition to the note annexed thereto, from which it appears that the defendant bound himself to pay interest at the rate of ten per cent. He cannot, in our opinion, complain that the judgment corrects the error which crept into the petition, by a recurrence to a note annexed thereto, which is in the hand-writing of and subscribed by the defendant.

*Judgment affirmed.*